## Schedule 1

U.S. Actions

| Description | Jurisdiction | Case Number |
|---|---|---|
| Arrest Action | United States District Court Southern District of Texas (Houston) | 4:14-cv-03350 |
| Arrest Action | United States District Court Southern District of Texas (Houston) | 4:14-cv-03294 |
| Arrest Action | United States District Court Southern District of New York | 1:15-cv-06718 |
| Interpleader Action (Stayed) | United States District Court Southern District of New York | 1:15-cv-00190 |
| Interpleader Action | United States District Court Southern District of New York | 1:14-cv-10027 |
| Interpleader Action | United States District Court Southern District of New York | 1:14-cv-09542 |
| Interpleader Action | United States District Court Southern District of New York | 1:14-cv-09949 |