

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Darren Azman
Attorney at Law
dazman@mwe.com
+1 212 547 5615

January 11, 2016

VIA ECF

Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-2304

Re:    Case No. 15-13018 - O.W. Bunker Germany GmbH

Dear Judge Bernstein:

We represent Dr. Gideon Böhm, the duly appointed administrator and foreign representative of
O.W. Bunker Germany GmbH ("OWG"), in the above-referenced proceeding.

As Your Honor is aware, NuStar Energy Services, Inc. and NuStar Terminals Marine Services
N.V. ("NuStar") filed a response to OWG's petition for recognition.  At a status hearing before
Your Honor on December 8, 2015, NuStar's counsel indicated its desire to cross-examine Dr.
Böhm.  As a result, Your Honor scheduled a hearing on the petition for recognition for January
12, 2016, at which time Dr. Böhm could appear before the court via videoconference.

Since the status hearing, the parties have worked together in an attempt to reach a consensual
resolution that would obviate the need for testimony at the recognition hearing.  We are happy to
report that our efforts have resulted in an agreed order granting recognition, and NuStar has
agreed that testimony will no longer be necessary at the recognition hearing.  Consistently
herewith, we have filed the *Notice of Filing of Proposed Agreed Order Granting Recognition of
German Administration Proceeding and Related Relief* [Docket No. 21], which contains the
proposed Agreed order and a blackline reflecting the changes that were made to the proposed
order originally submitted to the Court [Docket No. 2].

We thank the Court for its attention to this matter and stand ready to answer any questions that
Your Honor may have.

Sincerely,

/s/ Darren Azman

Darren Azman